UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:21-cv-21364-GAYLES/TORRES

**RAUL ARMANDO VILORIO CASCO**
and all others similarly situated,

    Plaintiff,

v.

**TAMIAMI CENTRAL PLAZA LLC and**
**HORIZON PROPERTIES OF MIAMI INC.**,

    Defendants.
_____/

## ORDER

**THIS CAUSE** comes before the Court on the parties' Joint Motion to Approve Confidential Settlement Agreement Through In Camera Inspection and to Dismiss this Case with Prejudice (the "Joint Motion") [ECF No. 22]. The Court has reviewed the Joint Motion, the Confidential Settlement Agreement and Full and Final Release of All Claims (the "Confidential Settlement Agreement"), and the record and is otherwise fully advised. Pursuant to *Lynn's Food Stores, Inc. v. United States ex rel. U.S. Dep't of Labor, Emp't Standards Admin., Wage & Hour Div.*, 679 F.2d 1350 (11th Cir. 1982), the Court finds that the Confidential Settlement Agreement is fair and reasonable. Based thereon, it is

**ORDERED AND ADJUDGED** as follows:

1. The parties' Joint Motion to Approve Confidential Settlement Agreement Through In Camera Inspection and to Dismiss this Case with Prejudice, [ECF No. 22], is **GRANTED**.

2. The Confidential Settlement Agreement is **APPROVED**.

3. This case is **DISMISSED with prejudice**.

4. This case is **CLOSED** for administrative purposes.

5. The Court shall retain jurisdiction over this case for **sixty (60) days** in order to enforce the terms of the Confidential Settlement Agreement.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26th day of January, 2022.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record